UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN HARDING,<br><br>    Plaintiff,<br>v.<br><br>MEETUP.COM,<br><br>    Defendant. | )<br>)<br>)<br>)   Civil No. 24-cv-10382-ADB<br>)<br>)<br>)<br>) |

## ORDER

BURROUGHS, D.J.

In an Order dated July 2, 2024, plaintiff Kevin Harding's Application to Proceed in District Court without Prepaying Fees or Costs was denied without prejudice to renewal with additional information concerning his financial circumstances. [Dkt. No. 4]. The Court informed Harding that failure to comply with the Order in 21 days may result in dismissal.

The time period for complying with the Court's Order has elapsed without any response from Harding. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee or otherwise respond to the Order.

    **SO ORDERED.**

August 13, 2024                                                    /s/ Allison D. Burroughs
                                                                                    ALLISON D. BURROUGHS
                                                                                   U.S. DISTRICT JUDGE