UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN HARDING,<br><br>    Plaintiff,<br>v.<br><br>MEETUP.COM,<br><br>    Defendant. | Civil No. 24-cv-10382-ADB |

### **ORDER**

BURROUGHS, D.J.

In accordance with the Court's Order dated August 13, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED WITHOUT PREJUDICE.

By the Court,

Dated: August 13, 2024                  /s/ Karen Folan
                                                                             Deputy Clerk